UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARVIS BROWN, | ) | Case No.: 1:20-cv-00204-NONE-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| ANDRE MATEVOUSIAN, et.al., | ) ) | |
| Defendants. | ) ) | (ECF Nos. 4, 5) |

Plaintiff Jarvis Brown is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 20, 2020, the undersigned issued Findings and Recommendations recommending that Plaintiff's motion to proceed in forma pauperis be denied because Plaintiff has sufficient funds in his prison trust account to be the $400.00 filing fee. On April 14, 2020, Plaintiff paid the $400.00 filing fee in full.

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The March 2020 Findings and Recommendations (ECF No. 5) are vacated; and
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 4) is denied as moot.

IT IS SO ORDERED.

Dated: **April 15, 2020**

UNITED STATES MAGISTRATE JUDGE